IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 04-2131-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| TANYA MARTINEZ, ) | |
| Defendant. ) | |

The Court having reviewed the Magistrate Judge's Report and Recommendation and no objections having been filed thereto,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#47) and the Court finds the defendant has violated the conditions of release as set for th in the petition.

DATED this 2nd day of July, 2007.

Raner C. Collins
United States District Judge